**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:18-CR-310-RJC-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EUGENIO LAMICQ CASTRO, MARIA** | ) | |
| **ETELIANA MORA ARGUEDAS, AND** | ) | |
| **HAMBLET ARROYO BRENES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "United States' Motion for Limited Unsealing of the Indictment" (document # 7) filed October 15, 2018.  For the reasons set forth therein, the Motion will be granted.

**IT IS HEREBY ORDERED** that the Government is allowed to provide a copy of the Indictment in the above-captioned case to Interpol to facilitate the issuance of Red Notices on the named Defendants.  The Indictment will otherwise remain under seal until further order of this Court.

**SO ORDERED**.

Signed: October 17, 2018

David S. Cayer
United States Magistrate Judge