UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-310-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| EUGENIO LAMICQ CASTRO, | ) | |
| Defendant. | ) | |

### ORDER GRANTING GOVERNMENT'S MOTION
### TO CONSOLIDATE CASES FOR TRIAL

**THIS MATTER** is before the Court on the government's Motion to Consolidate Cases. (Doc. No. 19). Specifically, the government seeks to consolidate this three-defendant case with a seven-defendant case, 3:18-cr-311, now pending before this Court. Pursuant to Local Criminal Rule 20.1, the Government filed a Notice of Motion to Consolidate Cases in that case. The matter now having been fully briefed and the Court having heard oral argument from the parties, consolidation is warranted here pursuant to Federal Rules of Criminal Procedure 8 and 13, as the Defendants are alleged to have participated in the same series of acts or transactions and these cases could have been indicted together originally.

**IT IS, THEREFORE, ORDERED** that the Motion to Consolidate Cases (Doc No. 19) is **GRANTED** and 3:18-cr-310 is consolidated with 3:18-cr-311 for purposes of trial and sentencing.

Signed: February 13, 2020



Max O. Cogburn Jr.
United States District Judge